JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Salvador Hernandez, <br><br> Petitioner, <br><br> v. <br><br> United States of America, <br><br> Respondent. | Case No. 5:23-cv-01982-VAP <br> 5:10-cr-00009-VAP-1 <br><br> **Judgment** |

Pursuant to the Order Denying Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 and Dismissing Action, IT IS ADJUDGED that this action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 11/27/23

*/s/ Virginia A. Phillips*
Virginia A. Phillips
Senior United States District Judge